

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2021
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 8, 2021

**VIA ECF**
The Honorable Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: *Khan v. United States,* 21 Civ. 1757 (JPC)

Dear Judge Aaron:

  I represent the United States (the "Government") in the above-referenced case. The parties in this matter have a settlement conference scheduled before Your Honor on June 14, 2021. At the time the Court scheduled the settlement conference, the Government anticipated it would be in possession of all of Plaintiff's relevant medical records. However, the Government is still awaiting documents from certain of Plaintiff's medical providers that are required for the Government to prepare for and meaningfully engage in settlement discussions. Accordingly, the Government respectfully requests that the Court adjourn the settlement conference without prejudice for the parties to renew at a time when they have all the relevant documentation.

  Thank you for your consideration of this request.

             Respectfully,
             AUDREY STRAUSS
             United States Attorney

      By: */s/ Tara Schwartz*
         TARA SCHWARTZ
         Assistant United States Attorney
         86 Chambers Street, Third Floor
         New York, New York 10007
         Office: (212) 637-2633
         Mobile: (646) 341-3711
         Email: tara.schwartz@usdoj.gov

  Cc: Plaintiff's Counsel (via ECF)

---

Application GRANTED. The settlement conference scheduled for June 14, 2021 is adjourned *sine die*. The parties shall file a joint letter proposing new dates for a settlement conference no later than July 8, 2021. SO ORDERED.
Dated: June 8, 2021