

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 6, 2021

**VIA ECF**
The Honorable Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Khan v. United States,* 21 Civ. 1757 (JPC)

Dear Judge Aaron:

      I represent the United States (the "Government") in the above-referenced case. I submit this letter on behalf of both parties in this matter. On May 19, 2021, the parties in this case were referred to Your Honor for a settlement conference. (Dkt. #14). On May 21, 2021, the Court scheduled a settlement conference for June 14, 2021. (Dkt. #17). Then, on June 8, 2021, the parties requested that the settlement conference be adjourned in order to permit the Government time to obtain copies of Plaintiff's medical records. (Dkt. #18). The Court granted the parties' request and ordered the parties to file a joint letter by July 8, 2021, proposing new dates for a settlement conference. (Dkt. #19). Since that time, the Government has obtained authorizations for the release of Plaintiff's medical records and sent subpoenas to the relevant medical providers. The parties anticipate receiving returns to those subpoenas by the end of this month. Accordingly, the parties respectfully request that the Court schedule a settlement conference during the weeks of August 30, 2021, or September 6, 2021.

      Thank you for your consideration of this request.

                                                                Respectfully,
                                                                AUDREY STRAUSS
                                                                United States Attorney
                                                                Southern District of New York

                                 By:    */s/ Tara Schwartz*
                                           TARA SCHWARTZ
                                           Assistant United States Attorney
                                           86 Chambers Street, Third Floor
                                           New York, New York 10007
                                           Office: (212) 637-2633
                                           Mobile: (646) 341-3711
                                           Email: tara.schwartz@usdoj.gov

      Cc: Plaintiff's Counsel (via ECF)