

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 8/11/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

August 10, 2021

**VIA ECF**
The Honorable Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Application GRANTED. The Settlement Conference
scheduled for September 2, 2021 is adjourned until
October 19, 2021 at 2:00 p.m. SO ORDERED.
Dated: August 11, 2021

Re:    *Khan v. United States,* 21 Civ. 1757 (JPC)

Dear Judge Aaron:

I represent the United States (the "Government") in the above-referenced case.  The parties
in this matter have a settlement conference scheduled before Your Honor on September 2, 2021.
The Government respectfully requests that the settlement conference be adjourned until the parties
have completed fact discovery.  At the time the parties requested a settlement conference, the
Government anticipated it would be in possession of all of Plaintiff's relevant medical records.
While the Government sent subpoenas to all of Plaintiff's treating providers on June 30, 2021, it
is still awaiting medical records from one such provider.  The Government requires those records
in order to prepare for and be able to meaningfully engage in settlement discussions.  Accordingly,
the Government respectfully requests that the Court adjourn the settlement conference until the
completion of fact discovery on October 8, 2021.  The parties are available for a settlement
conference the week of October 18, 2021.  This is the Government's second request for an
adjournment of the settlement conference.  The Court previously granted the Government's request
to adjourn the settlement conference from June 14, 2021 to September 2, 2021.  Plaintiff, through
his counsel, consents to this request.

Thank you for your consideration of this request.

Respectfully,
AUDREY STRAUSS
United States Attorney

By:    */s/ Tara Schwartz*_____
TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Office: (212) 637-2633
Mobile: (646) 341-3711
Email: tara.schwartz@usdoj.gov

Cc: Plaintiff's Counsel (via ECF)