

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 27, 2021

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Khan v. United States,* 21 Civ. 1757 (JPC)

Dear Judge Cronan:

      I represent the United States (the "Government") in the above-referenced case brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671 *et seq*. arising out of a June 13, 2018 motor vehicle accident. I submit this joint status letter on behalf of both parties in this matter pursuant to the parties' case management plan and scheduling order (ECF No. 40). The parties have completed fact and expert discovery. The parties have conferred and respectfully request a referral to the Court-annexed mediation program at this time. Neither party anticipates filing any post-discovery motion.

      Thank you for your consideration of this request.

                              Respectfully,
                              DAMIAN WILLIAMS
                              United States Attorney
                              Southern District of New York

            By:    */s/ Tara Schwartz*
                              TARA SCHWARTZ
                              Assistant United States Attorney
                              86 Chambers Street, Third Floor
                              New York, New York 10007
                              Office: (212) 637-2633
                              Mobile: (646) 341-3711
                              Email: tara.schwartz@usdoj.gov

      Cc: Plaintiff's Counsel (via ECF)