

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 30, 2022

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Khan v. United States,* 21 Civ. 1757 (JPC)

Dear Judge Cronan:

    I represent the United States (the "Government") in the above-referenced case brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671 *et seq*. I write on behalf of both parties to the action, in response to the Court's May 31, 2022 order directing the parties to provide a status update on the progress of mediation every 30 days, beginning July 1, 2022. (ECF No. 44). A mediator was assigned to this case on June 14, 2022. The parties first mediation session is currently scheduled for July 21, 2022 at 2:00 pm.

    Thank you for your attention to this matter.

                                                      Respectfully,
                                                    DAMIAN WILLIAMS
                                                    United States Attorney
                                                    Southern District of New York

                       By:    */s/ Tara Schwartz*
                              TARA SCHWARTZ
                              Assistant United States Attorney
                              86 Chambers Street, Third Floor
                              New York, New York 10007
                              Office: (212) 637-2633
                              Mobile: (646) 341-3711
                              Email: tara.schwartz@usdoj.gov

    Cc: Plaintiff's Counsel (via ECF)