UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HASAN A. KHAN, | Case No. 1:21-cv-1757 |
| Plaintiff, | |
| -*against*- | **NOTICE OF** |
| | **APPEARANCE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**PLEASE TAKE NOTICE,** that Eve Chowdhury, an attorney of-counsel to the law firm MICHAEL J. AVILES & ASSOCIATES and admitted to practice in the Southern District of New York, hereby appears in this action on behalf of plaintiff HASAN A. KHAN and requests that she be served with all future pleadings and submissions to the Court.

Dated: July 12, 2022                    Respectfully submitted,
      New York, New York

By:   _____
         Eve Chowdhury, Esq.
         **MICHAEL J. AVILES & ASSOCIATES**
         *Attorneys for Plaintiff*
         145 Hudson Street, Suite 5C
         New York, New York 10013
         Tel: (212) 307-0023
         echowdhury@mjavileslaw.com

TO:   Defendant's Counsel (via ECF)